AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

WIHLY HARPO-BROWN,

Petitioner,

v.

UNITED STATES OF AMERICA,

Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 1:21-cr-002 (MTT)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated October 30, 2025 adopting the Report and Recommendation of the U.S. Magistrate Judge as the opinion of this Court, Petitioner's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 is denied. The Petitioner is also denied a certificate of appealability.

| October 30, 2025 | John E. Triplett, Clerk of Court |
|---|---|
| Date | Clerk |

*James R. Burrell*
(By) Deputy Clerk

GAS Rev 10/2020